```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TATINIA WARREN                     :      CIVIL ACTION
                                   :
          v.                       :
                                   :
COMMONWEALTH OF PENNSYLVANIA       :
DEPARTMENT OF TRANSPORTATION       :      NO. 12-5511
```

<u>ORDER</u>

AND NOW, this 14th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of the defendant to enforce settlement (Doc. #11) is GRANTED; and

(2)  the action is DISMISSED with prejudice.

                          BY THE COURT:

                          <u>/s/ Harvey Bartle III</u>
                                                  J.