IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TATINIA WARREN : CIVIL ACTION
:
v. :
:
COMMONWEALTH OF PENNSYLVANIA :
DEPARTMENT OF TRANSPORTATION : NO. 12-5511

ORDER

AND NOW, this 14th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the defendant to enforce settlement (Doc. #11) is GRANTED; and

(2) the action is DISMISSED with prejudice.

BY THE COURT:


/s/ Harvey Bartle III
                                                J.